1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10                        WESTERN DIVISION

11  TONY LYNN CHISOM,                 )
                                      )
12              Petitioner,           )  Case No. CV 13-5008 CAS (AJW)
                                      )
13          v.                        )
                                      )  ORDER ACCEPTING REPORT AND
14  JEFFREY A. BEARD, Secretary       )  RECOMMENDATION OF
    of the California Department      )  MAGISTRATE JUDGE
15  Corrections and Rehabilitation,   )
                                      )
16              Respondents.          )
    _____ )

17

18        The Court has reviewed the entire record in this action, the

19  Report and Recommendation of Magistrate Judge ("Report"), and

20  petitioner's objections. The Court accepts the findings of fact,

21  conclusions of law, and recommendations contained in the Report after

22  having made a _de novo_ determination of the portions to which

23  objections were directed.

24        DATED: March 17, 2014

25                                     _Christine A. Snyder_

26                                     _____
                                       Christina A. Snyder
27                                     United States District Judge

28