UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

TONY LYNN CHISOM,  )   Case No. CV 13-5008-CAS(AJW)
                   )
    Petitioner,    )
                   )
    v.             )
                   )   JUDGMENT
JEFFREY A. BEARD, Secretary of the )
California Department              )
Corrections and Rehabilitation,    )
                   )
    Respondent.    )
_____)

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed as untimely.

Dated: March 17, 2014

_____
Christina A. Snyder
United States District Judge